No. **46927.**—Protest 894281–G of Sprouse-Reitz Co. (Los Angeles).

Opinion by DALLINGER, J.   On the authority of Abstract 43374 and in accordance with stipulation of counsel the paperweights in question were held dutiable as household utensils under paragraph 339 as claimed.

No. **46928.**—Protest 969976–G of Saji Trading Co. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the articles in question are used chiefly in the kitchen or household or on the table for utilitarian purposes, the claim at 40 percent under paragraph 339 was sustained on the authority of Abstract 45228.

No. **46929.**—Protest 64299–K of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the wooden forks in question are similar to those the subject of *Borgfeldt* v. *United States* (T. D. 48585).   The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. **46930.**—Protest 990320–G of New York Mdse. Co., Inc. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the articles classified as manufactures of metal under paragraph 397 consist of Christmas-tree decorations in chief value of plain paper in the form of miniature houses.   These were held dutiable at 35 percent under paragraph 1413 as claimed.   Following Abstract 42474 the antimony table utensils in question were held to be not plated and therefore dutiable at only 40 percent under paragraph 339 in accordance with stipulation of counsel.

FEBRUARY 9, 1942

No. **46931.**— —Protest 29310–K of Ayrton Metal Co., Inc., C. D. 577.   Motion of Government for rehearing denied.